■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIFER RUSSINI, Also Known as JENNIFER M. RUSSINI, Appellant. [954 NYS2d 488]

Contrary to the defendant's contention, the sentences imposed in accordance with her plea agreements were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Dickerson, Leventhal and Lott, JJ., concur.